IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. TRUDEAU, | CIV F 02-5764 AWI SMS HC |
| Petitioner, | |
| vs. | ORDER DISREGARDING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT |
| D. L. RUNNELS, Warden, | (Document #41) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On April 15. 2005, petitioner filed a motion for appointment of counsel.  Due to the fact on March 29, 2005, the court issued an order appointing the Federal Defender as counsel for petitioner, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel is DISREGARED as moot.

IT IS SO ORDERED.

Dated:   April 21, 2005                           /s/ Sandra M. Snyder
ah0l4d                                 UNITED STATES MAGISTRATE JUDGE