# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. TRUDEAU,<br><br>           Petitioner,<br><br>     v.<br><br>D. L. RUNNELS, Warden,<br><br>           Respondents.<br>_____/ | CV F   02-5764 AWI SMS HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 48] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Pending before the Court is Petitioner's June 2, 2005, request for an extension of time to file a response to Respondent's May 5, 2005, motion.  Good cause having been shown, Petitioner's request for an extension of time is GRANTED, and Petitioner's opposition is due on or before August 5, 2005.

IT IS SO ORDERED.

**Dated:   June 3, 2005**                        **/s/ Sandra M. Snyder**
ah0l4d                                            UNITED STATES MAGISTRATE JUDGE

1