# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. TRUDEAU, | CV F   02-5764 AWI SMS HC |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME |
| v. | |
| D. L. RUNNELS, Warden, | [Doc. 50] |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pending before the Court is Petitioner's August 3, 2005, request for an extension of time to file a response to Respondent's May 5, 2005, motion.  Good cause having been shown, Petitioner's request for an extension of time is GRANTED, and Petitioner's opposition is due on or before October 5, 2005.

IT IS SO ORDERED.

**Dated:   August 29, 2005**          /s/ Sandra M. Snyder
ah0l4d                                 UNITED STATES MAGISTRATE JUDGE

1