CAROLYN PHILLIPS, #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California 93755-5722
Telephone: (559)248-9833
Facsimile: (559) 248-9820

Attorney for Petitioner, Frank William Trudeau

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WILLIAM TRUDEAU,<br><br>    Petitioner,<br><br>    vs.<br><br>D. L. RUNNELS, Warden,<br><br>    Respondent.<br>_____/ | 1:02-cv-05764 LJO SMS (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #64) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 12, 2008, Petitioner filed a motion to extend time to file objections to the Findings and Recommendations issued on February 26, 2008 (Doc. 63). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted an extension of time, to and including April 14, 2008, to file objections to the Findings and Recommendations issued on February 26, 2008.

IT IS SO ORDERED.

**Dated:    March 18, 2008**            /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE