CAROLYN PHILLIPS,     #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559) 248-9833
Facsimile:  (559) 248-9820

Attorney for Petitioner Frank William Trudeau

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. TRUDEAU,<br><br>              *Petitioner*,<br><br>        v.<br><br>D. L. RUNNELS, Warden<br><br>              *Respondent*. | NO. 1: 02-cv-05764 AWI SMS (HC)<br><br>ORDER GRANTING PETITIONER'S SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE'S FINDINGS AND RECOMMENDATIONS<br><br>New Deadline: <u>May 14, 2008</u> |

IT IS THE ORDER OF THIS COURT THAT petitioner FRANK TRUDEAU's request for a thirty-day extension of time to file objections to the Magistrate's Findings and Recommendations is HEREBY GRANTED.

Petitioner's response shall be filed May 14, 2008.

Dated:  April 22, 2008                    <u>/s/Sandra M. Snyder</u>
                                          Hon. Sandra M. Snyder
                                          United States Magistrate Judge

*Order Granting Petitioner's Request for an Extension of Time to File Objections to the Magistrate's Findings and Recommendation; Trudeau v. Runnels, Case No. CV 02-5764 LJO/SMS HC*                                                                    1