# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. TRUDEAU, | 1:02-cv-05764 AWI SMS (HC) |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT COMPLETE CLERK'S TRANSCRIPT AS REFLECTED IN NOTICE OF LODGING |
| v. | |
| D. L. RUNNELS, Warden, | |
| Respondents. / | |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Carolyn D. Phillips, Esq.

    On July 27, 2011, Respondent filed an answer to the instant petition for writ of habeas corpus, along with a notice of lodging documents in paper.  The Court received the documents the following day.  The notice reflects submission of the Clerk's Transcript, pages 1-125; however, the Court did not receive pages 108 through 125.  Therefore, Respondent is hereby directed to submit pages 108 through 125 of the Clerk's Transcripts of the underlying criminal case within **ten (10)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:   September 27, 2011            /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE